UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

LLOYD'S OF LONDON NEWLINE
SYNDICATE 1218 and NEWLINE CORPORATE
NAME LIMITED (UK),

          Plaintiffs,

vs.                                    Civil Action No. _____

DONALD O. CLARK,

                                        **RULE 7.1 STATEMENT**

          Defendant.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Lloyd's of London Newline Syndicate 1218 states that its direct, privately owned corporate parent is Plaintiff Newline Corporate Name Limited (UK), who states that its direct, privately owned corporate parent is Newline Holdings UK Limited (UK), whose indirect, publicly traded corporate parent is Odyssey Re Holding Corp. (Delaware) (trading symbol ORH), whose publicly traded corporate parent is Fairfax Financial Holdings Limited (Canada) (trading symbol FFH).

Dated: September 8, 2006

                                                LANDMAN CORSI BALLAINE & FORD, P.C.

                                                BY: /s/ William G. Ballaine
                                                    William G. Ballaine
                                                    Attorney ID No. NY0027
                                                    LANDMAN CORSI BALLAINE & FORD, P.C.
                                                    120 Broadway, 27th Floor
                                                    New York, New York 10271-0079
                                                    (212) 238-4800
                                                    Attorney for Plaintiffs

425864.1