UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

LLOYD'S OF LONDON NEWLINE : 
SYNDICATE 1218 and NEWLINE CORPORATE :
NAME LIMITED (UK), :
                          Plaintiffs, :
                        vs. :   Case No. 1:06CV01581
DONALD O. CLARK, :
                      Defendant. :

## NOTICE OF DISMISSAL

After discussions with counsel for Defendant Donald O. Clark, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Lloyd's of London Newline Syndicate 1218 and Newline Corporate Name Limited (UK) hereby withdraw the allegations of their Complaint and dismiss, with prejudice, the above-captioned action and all claims asserted therein.

LANDMAN CORSI BALLAINE & FORD P.C.

By: _William G. Ballaine_
William G. Ballaine
Attorney ID No. NY0027

120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

*Attorneys for Plaintiffs*

Dated: March 6, 2007

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **Miriam Deikun**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

     That on the 6th day of March, 2007, deponent served the within **NOTICE OF DISMISSAL**

upon

          George R. Clark, Esq.
          910 17th Street, N.W., Suite 800
          Washington, D.C. 20006

attorneys in this action for the defendant, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                Miriam Deikun

Sworn to before me this
6th day of March 2007

_____
    Notary

                    JELENA BRIGIDA
            Notary Public, State of New York
                  No. 01BR6156932
              Qualified in Kings County
           Commission Expires Dec. 4, 2010